# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                              NO. 2021 KW 0297

VERSUS

RODNEY JACK STRAIN, Jr.                                    **APRIL 26, 2021**

---

In Re:      State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0703-F-2019.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

**JMG**
**WIL**


**McClendon, J.,** would not consider the writ application. The State of Louisiana failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 2-13, 4-2, 4-3 and 4-5(C)(11), by failing to timely file the writ application by the return date set by the district court and failing to provide this court with an extension to the return date order set by the court.


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT